UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON DAVID WRIGHT, <br><br> Plaintiff, <br><br> v. <br><br> JAY INSLEE, *et al.*, <br><br> Defendants. | Case No. C23-854-JHC <br><br> ORDER DISMISSING CIVIL RIGHTS ACTION |

The Court, having reviewed Plaintiff's complaint (Dkt. # 5), Defendants' motion for summary judgment (Dkt. # 18), the Report and Recommendation (R&R) of the Honorable S. Kate Vaughan, United States Magistrate Judge (Dkt. # 27), Plaintiff Objections to the R&R (Dkt. # 29); Defendants' Response to Plaintiff's Objections to the R&R (Dkt. # 30), and the remaining record, hereby finds and ORDERS as follows:

(1) As the R&R observes, the applicable law—including 42 U.S.C. § 1997e(a) and Supreme Court and Ninth Circuit authority regarding the same—requires complete and proper exhaustion before a Section 1983 action may be brought. The R&R accurately describes the administrative remedies available to Plaintiff. Dkt. # 27 at 5-6. Plaintiff does not provide evidence that he exhausted these remedies.

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(2) Accordingly, the Report and Recommendation is approved and adopted.

(3) The Court GRANTS Defendants' motion for summary judgment (Dkt. # 18).

(4) The Court DISMISSES Plaintiff's complaint (Dkt. # 5) without prejudice for failure of Plaintiff to comply with the exhaustion requirement of 42 U.S.C. § 1997e(a).

(5) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable S. Kate Vaughan.

DATED this 26th day of April, 2024.

*/s/ John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2